**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

OPTUMRX PBM OF ILLINOIS,
INC., and OPTUMRX, INC.,

    Petitioners,

v.   Case No. 3:23-cv-1308-TJC-PDB

UNITED NETWORKS OF
AMERICA, INC.,

    Respondent.

## **O R D E R**

Following an off-the-record conference call with counsel for both sides, the Court confirms that the temporary stay entered last April (Doc. 57) remains in place; the Clerk shall also administratively close the file. No later than **October 4, 2024**, the parties shall file a joint notice advising whether they are prepared to engage in efforts to settle the case, either with a private mediator (of their choosing or one selected by the Court) or with the magistrate judge. The notice shall state whether the Colorado litigation should be included in those talks.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of September, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

s. copies to counsel of record